IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

I, Kimberly E. Dallas, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since August 2010. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances and the proceeds from the sale of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a controlled Substance and 843(b) Use of a Communication Facility to Facilitate the commission of a Federal Drug Felony.

    a. I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for the investigating of controlled substance law violations involving the United States Mails.

    b. In September 2011, I attended a one week training course presented by the United States Postal Inspection Service addressing the current trends in controlled substance mailings. Part of my training as a Postal Inspector included controlled

substance investigative techniques, chemical field testing, and the training in the identification and detection of controlled substances and proceeds from the sale of controlled substances being transported in the US Mail.

    c. During my career I have participated in several drug interdictions in the State of Alaska, studying the various mailing characteristics of controlled substance traffickers for incoming and outgoing parcels.

2. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances and proceeds from the sale of controlled substances from one location to another. Indicators for parcels that contain controlled substances and or proceeds include, but are not limited to the following:

    a. It is a common practice for the shippers of controlled substances and proceeds of the sale of controlled substances to use Express Mail because the drugs or proceeds arrive faster and on a predictable date, and this system allows shippers to keep track of the shipment. With regards to Express Mail parcels, shippers pay for the benefit of being able to confirm the delivery of the parcel by checking the U.S. Postal Service Internet Website and/or calling a toll free number. Express Mail also provided the "Waiver of Signature" option. This is often used by the traffickers of

2

controlled substance to further hide the identity of the recipient. By utilizing the "Waiver of Signature" option, the recipient of controlled substance does not need to sign for the parcel and can distance the association with the parcel.

 b. These packages in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (CMRA) (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

 c. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped.

 d. When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of these controlled substances

3

may be returned to the shipper. Based on experience and discussions, there are known source states, where controlled substances are mailed from, including California, Oregon, Washington, Arizona and Texas.

  e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA.

3. In this warrant application, I seek this Court's authority to search Express Mail Parcel EM 641449118 US, which is described in greater detail below, for controlled substances and/or proceeds from the sale of controlled substances in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b) and Title 18 U.S.C. Section 1716.

## RELEVANT FACTS PERTAINING TO EXPRESS MAIL PARCEL EM 641449118 US

4. On August 1, 2013, the Express Mail Parcel EM 641449118 US that is the subject of this search warrant affidavit, was identified during an interdiction by Postal Inspectors (hereinafter referred to as the subject parcel), addressed to "Clarence Hildenbrand, 65 Crater Lane, Central Point, OR 97502," from "Moore, P.O. Box 74613, Fairbanks, AK 99707." A photocopy of the label of the subject parcel is attached as **Exhibit 1**. The subject parcel weighs approximately 10 ounces, and is described as an Express Mail box, measuring approximately 12.5 x 9.5 x .5 inches,

bearing hand written sender and addressee information. The subject parcel is affixed with a Postage Validation Imprinter sticker in the amount of $19.95, and was mailed on August 1, 2013 from Fairbanks, AK 99701.

5. This parcel was identified due to characteristics drug traffickers use to prevent the detection of drugs being shipped through the mail. For this parcel, these characteristics included, but are not limited to:

   a. Sent to a known source state. (Oregon is a known narcotics source state from which narcotics are shipped out and proceeds of narcotics sales are sent to. See Paragraph 2.c)

   b. Prior proceeds parcel seized. (On March 1, 2013, Postal Inspectors in Portland, OR intercepted and seized $3,600.00 in suspected narcotic proceeds destined for Clarence Hildrenbrand, 1800 Crater Lane #29, Medford, OR.)

   c. Sender had criminal history involving controlled substances. (Per the National Crime Information Center, Gary Allen Moore, who is associated with PO BOX 74613, Fairbanks, AK, was convicted in September 2001 for Possession of a Controlled Substance, and in December 2000 for Possession of a Controlled Substance.)

6. On August 1, 2013, at approximately 1:18 PM, Joshua Moore, Alaska State Trooper and member of the Statewide Drug Enforcement Unit, had canine "Marley" examine the subject parcel. Trooper Moore, "Marley's" handler, advised me that the canine had exhibited a change in behavior consistent with the presence of an odor of a controlled substance the

canine is trained to recognize. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by Trooper Moore, which sets forth "Marley's" training and experience as a narcotics detector dog. The subject parcel is currently in my custody at the Fairbanks Main Post Office, 5400 Mail Trail Road, Fairbanks, AK 99709, and is in its original sealed and intact condition.

7. Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes there is probable cause to believe that the subject package contains controlled substances, and/or payment and/ or proceeds of narcotic trafficking and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716

FURTHER AFFIANT SAYETH NAUGHT

Recacted Signature

Kimberly E. Dallas
Postal Inspector

Subscribed and sworn to before me, this 1st day of August 2013.

Redacted Signature

U.S. MAGISTRATE JUDGE