PRESS HARD. YOU ARE MAKING 3 COPIES

4:13-mj-00036-SAO
Inspection Service
Exhibit

Label 113, July 1987