☐AO 93  (Rev. 12/03) Search Warrant

 AUG 02 2013

# UNITED STATES DISTRICT COURT

District of Alaska

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Express Mail EM 641449118 US, bearing meter strip number 00015261-06 for the amount of $19.95, addressed to "Clarence Hildenbrand, 65 Crater Lane, Central Point, OR 97502," from "Moore, PO BOX 74613, Fairbanks, AK 99707."

### SEARCH & SEIZURE WARRANT

Case Number: 4:13-mj-00036-SAO

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) or any Authorized Officer of the United States

Affidavit(s) having been made before me by Kimberly E. Dallas, Affiant, who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at the Fairbanks Main Post Office, 5400 Mail Trail Road, Fairbanks, AK 99709.

in the District of Alaska there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, heroin, and/or proceeds from sale of controlled substances in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 10, 2013
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

as required by law.

U.S. Magistrate Judge  (Rule 41 (f)(4))

August 2, 2013 at 4:00pm     at  Fairbanks ~~Anchorage~~, AK
Date and Time Issued

Scott A. Oravec / U.S. Magistrate Judge        Redacted Signature
Name and Title of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 4:13-MJ-00036-SAO |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 8/1/13 | 8/1/13 4:55 pm | | |

INVENTORY MADE IN THE PRESENCE OF
Postal Inspector Justin Page

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

$4,500.00 in US Currency — five (5) $100.00 bills, five (5) $50.00 bills, one hundred and eighty-six (186) $20.00 bills and three (3) $10.00 bills.

Express mail parcel containing newspaper.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Redacted Signature

Kimberly E. Dallas, USPIS

Subscribed, sworn to, and returned before me this date.

Redacted Signature

Signature of Judge — August 2, 2013